N/S/I

1  Name: Junious Nielsen
2  Address: 728F Krieger
3  Rd , Webster, NY 14580
4  Phone: (585) 743-2317
5  Fax: _____
6  In Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT

2/7/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Junious Nielsen

Plaintiff

v.

Sutherland Global Services

Defendant(s).

CASE NUMBER:

**2:24-CV-01071-HDV-DFMx**

To be supplied by the Clerk of
The United States District Court

Plantiff (Junious Nielsen), will be seeking Judgment in favor to whom self for having his employment rights violated.

From, 06/01/2015 - 12/01/2015, Junious was employed at Sutherland Global Services, Inc. He was an sales associate customer service representative,

CV-126 (09/09)         PLEADING PAGE FOR A COMPLAINT

He was also hired as an full time employee. Junious also notified his bosses when he was initally interviewed that he was an employee of the United States military (Government) working there part-time. He also notified them that he will take military leave deployments every weekend or during the week when needed. The employer still agreed to hire employee Junious Nielsen to their company. Thus, Sutherland was required under federal law (title 38, chapter 43) to follow strict guidlines ~~when~~ hiring when government military employees. This included paying government employees regular wages when on leave and re-employing them when they come back to work, and also not firing them within a year of employment because of government military obligations.

Sutherland Global Services didn't follow those guidlines and violated Junious Nielsen employments rights under USERRA. Now, Plantiff is seeking compensatory Damages under this employment rights suit, In the Sum of $409,000 plus any liquidated damages owed to him.

Junious was employed at Sutherland from 06/01/2015 - 12/01/2015.

His Deployment Dates covered under USERRA are as follows.

1) 07/11/2015
2) 07/12/2015
3) 07/27/2015
4) 07/28/2015
5) 07/29/2015
6) 10/17/2015
7) 10/18/2015
8) 11/08/2015

All are active Duty source Dates.

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Junious Nielsen (proper)<br>TELEPHONE NO: (585) 743-2717  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): Junebody585@gmail.com<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: Junious Nielsen

DEFENDANT/RESPONDENT: Sutherland Global Services

CASE NUMBER:

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
     under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                                                                ☐ other:

7. **Person who served papers**
   a. Name:
   b. Address:
   c. Telephone number:
   d. **The fee** for service was: $
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ a registered California process server:
       (i) ☐ owner  ☐ employee  ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

_____  ▶  _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2