FILED
CLERK, U.S. DISTRICT COURT

3/18/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

# UNITED STATES DISTRICT COURT
## Central DISTRICT OF California

Junious Nielsen

Write the full name of each plaintiff or petitioner.

Case No. 2:24-CV- 01071

-against-

Sutnerland global services

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that  Plantiff   Junious Nielsen

plaintiff or defendant name of party who is making the motion requests that the Court:

Motion to Dismiss

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit ☐

the following additional documents:

03/15/2024
Dated

Signature

Junious Nielsen
Name

Prison Identification # (if incarcerated)

28 Krider rd webster NY 14580
Address     City     State     Zip Code

(585) 743-2317
Telephone Number (if available)

Juntoo7585@gmail.com
E-mail Address (if available)

SDNY Rev: 5/24/2016

# UNITED STATES DISTRICT COURT
## Central DISTRICT OF California

Junious Nielsen

Fill in above the full name of each plaintiff or petitioner.

Case No. 2:24-CV- 01071

-against-

Sutherland Global Services

Fill in above the full name of each defendant or respondent.

## DECLARATION

"Motion to Dismiss", to file case in proper venue or state (New York).

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Junius Nielsen, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I request the Court and chambers to Dismiss this case so I can persue my civil action against Sutherland Global service in the proper jurisdiction of venue in New York.

Rev. 6/30/16

Initially filed in the wrong court.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Attach additional pages and documents if necessary.

03/15/2024
Executed on (date)

_____
Signature

Jurious Nielsen
Name

_____
Prison Identification # (if incarcerated)

728 Crittenden rd Apt F, Webster, NY  14580
Address                          City              State        Zip Code


(S&S) 243-2317

Telephone Number (if available)

Junebo8y S&S@gmail.com

E-mail Address (if available)

Page 2

