UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No.   2:24-cv-01071-HDV-DFM                         Date: April 1, 2024

Title   *Junious Nielsen v. Sutherland Global Services*

Present: The Honorable:    **Hernan D. Vera, U.S. District Court Judge**

| Wendy Hernandez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order Re: Plaintiff's Motion to Dismiss (Dkt. No. 11)**

On February 7, 2024, Plaintiff filed a Complaint and a Request to Proceed In Forma Pauperis ("IFP Request").  (ECF Nos. 1, 3.)  Plaintiff alleged that Defendant, his former employer, violated provisions of the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. § 4301, *et seq*.  (ECF No. 1 at 2-3.)

In orders issued on February 12, 2024, and on March 4, 2024, the Court postponed ruling on the IFP request until Plaintiff provided more information.  (ECF Nos. 8, 10.)  Specifically, the Court ordered Plaintiff to file an Amended Complaint with allegations of venue.  (*Id*.)

On March 18, 2024, Plaintiff filed a Motion to Dismiss this action.  (ECF No. 11.)  Plaintiff alleges that he filed this action in the wrong Court and that he would like to pursue his action in New York, which is the proper venue.  (*Id*. at 3.)

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order . . . before the opposing party serves either an answer or a motion for summary judgment."  The dismissal does not require the permission of the Court, which "has no role to play." *Pedrina v. Chun*, 987 F.2d 608, 610 (9th Cir. 1993).

Here, the Court construes Plaintiff's Motion to Dismiss as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i).  *See Razavi v. Department of Veterans Affairs*, 2021 WL 276326, at *1 (E.D. Cal. Jan. 27, 2021) (construing a plaintiff's "Motion to Dismiss Complaint Without Prejudice," before the filing of an answer or motion for summary judgment, as a notice of voluntary

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-01071-HDV-DFM                                      Date: April 1, 2024

Title   *Junious Nielsen v. Sutherland Global Services*

dismissal pursuant to Rule 41(a)(1)(A)(i).  And although the Court therefore has no role to play, the Court issues this order "for purposes of clarity."  *Id*.

It is ordered that Plaintiff's notice of voluntary dismissal is effective as of March 18, 2024.  (ECF No. 11.)  The dismissal is without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

:

**Initials of Preparer**